United States Courts
Southern District of Texas
FILED

JAN 30 2020

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | CRIMINAL NO. 2 0 CR 0 6 4 |
| **MATTHEW ANTHONY WILLIAMS,** **Defendant.** | § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Assaulting, Resisting, or Impeding Certain Officers or Employees with a Dangerous Weapon
18 U.S.C. §111(a)(1) and (b)

On or about December 28, 2019, in the Houston Division of the Southern District of Texas, and elsewhere,

MATTHEW ANTHONY WILLIAMS,

defendant herein, did knowingly use a dangerous weapon, namely, a firearm, to forcibly assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States Postal Service, an agency of the United States government, while said person was engaged in his official duties.

In violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT TWO

### Title 18, United States Code, § 924(c)(1)(A)(iii)
### Discharging a Firearm During and in Relation to a Crime of Violence

On or about December 28, 2019, in the Houston Division of the Southern District of Texas, and elsewhere,

**MATTHEW ANTHONY WILLIAMS,**

defendant herein, did knowingly use, carry, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Assault Against Certain Officers or Employees, as alleged in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), (3)(A).

ORIGINAL SIGNATURE ON FILE

_____
FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

BY: _____
HEATHER RAE WINTER
Assistant United States Attorney